IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| RINA WATLER, | § § § |
| Plaintiff, | § § |
| vs. | §   Case No.: 2:22-cv-00030-WFJ-MRM |
| NOVARTIS PHARMACEUTICALS CORPORATION, | § § § § |
| Defendant. | § § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that the above action is voluntarily dismissed, with prejudice, with the parties to bear their own costs.

DATED this 1st day of March, 2023.


Levin, Papantonio, Rafferty, Proctor,
  Buchanan, O'Brien, Barr & Mougey, P.A.
Attorney for Plaintiff
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
(850) 435-7043

Pennington, PA
Attorney for Defendant
215 South Monroe Street, Suite 200
Tallahassee, FL 32301
Washington, DC 20005
(402) 390-0300


By: /s/ Brandon L. Bogle
BRANDON L. BOGLE, Esquire
Florida Bar Number: 52624

By: /s/ Michael J. Thomas
MICHAEL J. THOMAS, Esquire
Florida Bar Number: 897760